# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHAD EDWARD RACHEL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PNC BANK, NA, *et al.*, )<br>    Defendants. ) | CIVIL ACTION: 16-00351-KD-MU |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that this case is **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the **10th** day of **April 2017.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **CHIEF UNITED STATES DISTRICT JUDGE**